23 CV 22392

Page 1 of 10,

1. U.S. District, Court
Southern District of Florida

2. Dale Hingley Leo Ewers

Hon. Judge ~ Magistrates

2a. FOREIGN NATIONAL EXTRADIATE,
With DIPLOMATIC NOTES FROM
U.S. EMBASSY W.D.C & JAMAICA
EMBASSY & office of Prosecution

ELY-BANG
or
AND ASSGN.

2.b. Diplomatic Notes # 8-804-73 &
16/16/16 & 227/15.

PLAINTIFFS

CASE: ASSGN. NUMBer

vs,

DATE:
July. 21st, 2023

3. 1. STATE OF FLORIDA

4. 2. CITY OF Miami Beach

5. 3. Marissa Tinkler Mendez

FILED BY _____ D.C.

AUG 08 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

6. DEFENDANTS

7. MOTION FOR & NOTICE OF CIVIL RIGHTS
VIOLATIONS OF DEFTS(S) AFOREMENTIONED

8. MOTION FOR DAMAGE AWARDS
OF 17, MILLION DOLLARS 17,000,000.00

and

9. MOTION FOR TIME STAMP
AND COPIES OF THIS INITIAL
FILING,

Page 2 of 10,

and

10. MOTION DEMAND FOR APPT. OF FED. PUB. DEFENDERS OR APPT. P.C.A.C. / LAW FIRM / COUNSEL AT LAW FOR PLAINTIFF DUE TO THE COMPLEXITY AND INVOLVING TWO EMBASSIES i.e; United States or and Jamaica West Indies or and U.K. United Kingdom England.

10a. Adjunct: PETITION FOR Appt of Lawyers FROM Jamaican West Indies Bar Association and

U.K. England Bar Association {i.e; Barrister, Counsel At Law}

11. MOTION FOR PLAINTIFF Presence VIA ZOOM —or— ESP IN PERSON AT HEARINGS

Comes now plaintiff, DALE EWERS averring, with injuries and prejudices paramount to the imposition of pending DEATH and prior "threats"

Page 3 of 10,

by DEFT'S. saying so, as

12. promises, ALSO LIBELOUS-

UNTRUTHS WITH THE INTENDED

EFFECTS OF PROMISING MORE

TORTURE TO plaintiff Dale

13. Ewen By ① STATE OF

14. FLORIDA - {Agent- Agencies} ② CITY

15. OF MIAMI BEACH ③ MARISSA

TINKLER MENDEZ

TO BE FULLY OUTLINED

16. INITIAL STATEMENT OF THE CASE & FACTS.

17. STATE OF FLORIDA Violated The Terms &
Conditions of EXTRADITION Between
Countries. TO BE OUTLINED.

18. AGENTS or Agencies of The City
OF MIAMI-BEACH, VIOLATED THE
Terms OF EXTRADITION, U.S. &
JAM. W.I. & U.K. . Chief

Page 4 of 10,

Among Them non- PRODUCTION

19. OF Ltr From Governor Rick Scott Waiving The DEATH PENALTY. - 2012 -

Note Plaintiff Never Now Senator Rick Scott Any Party Representin Plaintiffs ADjUSTED this of NO not Normal

MORE TO BE OUTLINED.

20. 3. PREJUDICIAL "Threats" made to

Black Male, Foreign National BY

Marissa Tinkler Mendez.

AND IN CAMERA verifiable

ZOOM AND COURT TRANSCRIPTS

TO SUCH.

Post Death Of Marissa Tinkler Mendez Mother. 2023,

21. TWO Phony Threats ACCUSSMENTS ON JUNE 20TH, 2023. BY DEFENDANTS, MORE TO BE OUTLINED, INCLUDING, PRODUCTION BY UNDERWINKS OFFICERS

22. OF THE COURT OF ① FALSE MADE UP LIBELOUS PRIOR Arrest

23. Records ② FALSE ALTERED

Page 5 of 10,

SIGNIFICENTLY, "TRANSCRIPTS" TO

Produce Death - Environments

24. Continued Torture - and - PRODUCTION
OF Death of Black African
American Plaintiff Dale Ewens
EXACTING DETAILS & EXHIBITS TO FOLLOW

25. { NOTE: See Current -2023- HISPANIC MALE
SENTENCED TO TIME SERVED BASICALLY IN
THE WONTON MURDER OF BLACK, NEGRITO,
BLACK African Amican Man,
NOTED ACTOR FROM MEXICO.}

MORE EXACTING INCIDENT AGAINST
BLACK AFRICAN AMERICAN, FOREIGN
National Plaintiff Dale Ewens TO
BE SUBMITTED.

26.        ARGUMENTS.

Plaintiff Civil Rights, U.S. Constitutional

Rights, Florida Constitutional Rights

ESP. Rights Under Agreed Treaty(ies)

have Been More Than Violated,

With Also The DIRECTING and

Page 6 of 10

"DIRECT" ORDERS OF ALL

Defendants Listed ESP DEFT.

#3. Marissa Tinkler Mendez, TO

ENDUCE MORE TORTUROUS HARM.

27. Standard of Review - Orand Juristictions Of This Court.

Cerstein v Puch

ØF 5th Amend.        Orand   Jury   Proceedings

EQUAL   Protection CHALLONGES,

See Perlman v Us. 247 21.S.12-13 (A18)    THIR PARTIES
                                          16: State Agent Agencies
FLA R. CRIM. 3.DC Arristees Rules    NON IMMUNITY   R#27
#16,   ESP 26.1 Foreign Law Determinations.   EW
RULE #42   PER  Plaintiff  Presence VIA 2007 DR ØRDER
FLA.R. CIM P. Rules 3,180    3.181 Notice To Seek Deff.
R. 3.201 Questions & dts  Change of VENUE-COURT 2

28.  CERTIFICATE OF Interests Partisipants 11th Cir. Civ. P. Rules 26-1-1
                                                              1-4

THE U.S. SUPREME COURT EN-BANC

THE   FLA.  JUD.  QUAL COMMISSION : Committee EN-BAM

·THE  U.S. EMBASSY IN W.D.C. &
 THE  U.S.  EMBASSY  IN  MIAMI FLORIDA
·THE U.K  EMBASSY IN W.D.C.& MIAMI FL
·THE JAMICAN EMBASSY IN W.D.C.& MIAMI FL

29. CERTIFICATE  OF  SERVICE

I CERTIFY Upon Information & Belief Aforementioned Pon

Oath. Correct, Under Penalty Of Perjury

                                    M.W.D.C.  Dale Ewers #174-22675-
30. RESPECTFULLY SUBMITTED: Unit 2A3 13850 N.W.41st St. Mami Fl. SOIT
·B.M. AFL. Amor.  INCARSARATED  6½ Years —  Under Continuing
                                                          TORTURE
                                                          TODAY
                                                          B+F+T

31. Dale F Ewers   Dale E   July 21st 2023

EXHIBIT ONLY PAGE 1 of 10

.32,

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN
AND FOR MIAMI-DADE COUNTY FLORIDA.

**STATE OF FLORIDA**
Plaintiff,

VERSES,

**Dale Ewers**,
Black Male, African
American, Age 59,
born 02017, Extradited Spec.
Diplomatic
Notes 8-804 #312
10/16/16 = 227/15

**Defendant.**

PRO-SE DEFF.

Governor Rick Scott WAIVED DEATH PENALTY

Honourable Judges Assigned This Case From GRAND
JURY TO PRESENT DATE. 2012 TO 2023

1. Deborah White Labrea GRAND JURY Death Penalty 2012-
   SARAH J. HAMIL Foreperson (190)

2. Ellen Morphonios Bank Fraud Warrants Credit (DECEASED)
   Bureau Warrants, Phone Records Warrant (2,908)

3. AT.I.DEFF. EXTRADITION FROM JAMAICA W. Indies
   JULY 2017.
   Richard Hersch

4. ERIC W. M. Headon ASSN. NOW TO 3RD. C. A. 2018
   B/M AFRICAN AMERICAN

5. THE CHIEF JUDGE (Covering JAN -2019 TO
   May 2019) APPOINTS Jonathan Meltz LAWYER
   ,DISQUALIFYs Lawyer Jonathon Meltz ESQ F-BVI
   * MUSHIN SAYFIE in Court Room #2
   COURT 4 TO 5 TIMES

6. Mary Teressa Pooler
7. Doug Tunis
8. Th Appt. Judge: JAN -2022
   MARISSA TINKLER MENDEZ
   Court Room 405

   CASE: F1226457
   DATE: 2023

321

COMES NOW PRO-SE DEFENDANT

DALE EWERS before the HONOURABLE

COURT ESP THE HONOURABLE ASSIGNED

JUDGE

*[Handwritten at top:]* 1st age 8 of 10

*[Handwritten across top:]* IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT IN AND FOR MIAMI DADE COUNTY FLORIDA

## CASE INFORMATION

*[Handwritten right side:]* Honorable Judges Assigned This Case FROM 2012 TO 202

**Court Case No.:** F12026457
**Name:** EWERS, DALE AINSELY LEO
**Date Filed:** 10/23/2012
**Assessment Amount:** $0.00
**Previous Case:**
**Judge:** TINKLER MENDEZ, MARISA
**Bfile Section:** F062
**Arresting Agency:** MIAMI BEACH

**State Case No.:** 132012CF026457000IXX
**Date Closed:**
**Balance Due:** $0.00
**Next Case:**
**Defense Attorney:**
**File Location:** JUDGE
**Arrest Date:** 01/23/2017

**Date of Birth:** 09/13/1965
**Warrant Type:**
**Stay Due Date:**

**Box Number:**

*[Handwritten:]* 33.

*[Handwritten:]* 1. Deborah White LoBree DEATH PENALTY Grand Jury

*[Handwritten:]* EXHIBIT #2 ONLY

## HEARING

**Hearing Date:** 06/20/2023
**Court Room:** REGJB - JUSTICE BUILDING, ROOM No.: 4-6
**Address:** 1351 N.W. 12 ST

**Hearing Time:** 09:00

**Hearing Type:** R

*[Handwritten:]* 2 Ellen Morphonios who ISSUED credit Suborea warrants Bank Records Warrant Phone Warrants (DECEASED: 2008)

## CHARGES

| Seq No. | Charge | Charge Type | Disposition |
|---|---|---|---|
| 1 | MURDER 1ST DEGREE | FELONY | *[Handwritten:]* Deft Extradited JAN 17 20 Jamaica West Indies |
| 2 | RBY/FA/DW-PBL/101/19 | FELONY | |
| 3 | SEXBAT/WEAP/SER INJ | FELONY | *[Handwritten:]* 3. Judge RICHARD HERSCH |
| 4 | KIDNAP/WEAP/FA/AGGB | FELONY | *[Handwritten:]* 4. ERIC WM HENDON |
| 5 | MANDAMUS PROCEEDING | MISC HOLD | *[Handwritten:]* 5. CHIEF Judge JAN 2018 to May 2019 NUSHIN SAYFIE |
| 6 | HABEAS CORPUS | MISC HOLD | |

## DOCKETS

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| 681 | 05/19/2023 | | ORDER: AMENDED/TO AUTHORIZE PAYMENT OF FUNDS FOR DEPOSITION |
| 680 | 05/19/2023 | | MOTION TO/FOR: TO AUTHORIZE PAYMENT OF FUNDS FOR DEPOSITIONS |
| 678 | 05/19/2023 | | REPORT RE: STATUS SET FOR 06/20/2023 AT 09:00 |
| 676 | 05/15/2023 | | TRIAL HEARING SCHEDULED FOR 09/26/2023 AT 09:00 TRIAL HEARING RESET |
| 675 | 05/15/2023 | | REPORT RE: FELONY SOUNDING SET FOR 09/22/2023 AT 09:00 |
| 674 | 05/15/2023 | | REPORT RE: STATUS SET FOR 05/19/2023 AT 09:00 |
| 673 | 05/15/2023 | | MOTION FOR CONTINUANCE FILED 05/15/2023 ORAL SET FOR 05/15/2023 AT 09:00 GRANTED DEFS |
| 672 | 05/09/2023 | | CORRESPONDENCE: REPORTER'S RESPONSE |
| 671 | 04/28/2023 | | TRANSCRIPT OF COURT HEARING APRIL 14,2023 |
| 667 | 04/17/2023 | | E-SUBPOENA: BROWN, TYLER ID: 030-08815 FOR: TRIAL ON 05/15/2023 AT 09:00 ISSUED BY: CJIS |
| | | | SENT: 04/17/2023 RECD/NOTFD: 04/18/2023 ACKN: 04/18/2023 S |
| 666 | 04/17/2023 | | E-SUBPOENA: ANDRADE, MICHELLE ID: 030-08678 FOR: TRIAL ON 05/15/2023 AT 09:00 ISSUED BY: CJIS |
| | | | SENT: 04/17/2023 RECD/NOTFD: 04/18/2023 ACKN: 04/18/2023 S |
| 665 | 04/17/2023 | | E-SUBPOENA: REDDICK, JOHN ID: 030-08089 FOR: TRIAL ON 05/15/2023 AT 09:00 ISSUED BY: CJIS |
| | | | SENT: 04/17/2023 RECD/NOTFD: ACKN: 04/17/2023 S |
| 664 | 04/17/2023 | | E-SUBPOENA: HERNANDEZ, GABRIEL ID: 030-07053 FOR: TRIAL ON 05/15/2023 AT 09:00 ISSUED BY: CJIS |
| | | | SENT: 04/17/2023 RECD/NOTFD: 04/18/2023 ACKN: 04/18/2023 S |
| 663 | 04/17/2023 | | E-SUBPOENA: ESTOPINAN, LUIS ID: 002-00739 FOR: TRIAL ON 05/15/2023 AT 09:00 ISSUED BY: CJIS |
| | | | SENT: 04/17/2023 RECD/NOTFD: 04/17/2023 ACKN: 04/18/2023 S |
| 662 | 04/17/2023 | | E-SUBPOENA: PENA, MARIO ID: 002-00730 FOR: TRIAL ON 05/15/2023 AT 09:00 ISSUED BY: CJIS |
| | | | SENT: 04/17/2023 RECD/NOTFD: 04/17/2023 ACKN: 04/19/2023 S |
| 661 | 04/17/2023 | | E-SUBPOENA: CHORENS, MANUEL ID: 002-00531 FOR: TRIAL ON 05/15/2023 AT 09:00 ISSUED BY: CJIS |
| | | | SENT: 04/17/2023 RECD/NOTFD: ACKN: S |
| 660 | 04/17/2023 | | E-SUBPOENA: TRUJILLO, MIRIAM ID: 002-00497 FOR: TRIAL ON 05/15/2023 AT 09:00 ISSUED BY: CJIS |
| | | | SENT: 04/17/2023 RECD/NOTFD: ACKN: S |
| 659 | 04/17/2023 | | E-SUBPOENA: DRUCKER, MARTIN ID: 002-00470 FOR: TRIAL ON 05/15/2023 AT 09:00 ISSUED BY: CJIS |
| | | | SENT: 04/17/2023 RECD/NOTFD: ACKN: S |
| 658 | 04/17/2023 | | E-SUBPOENA: JOHNSON, BRUCE ID: 002-00334 FOR: TRIAL ON 05/15/2023 AT 09:00 ISSUED BY: CJIS |
| | | | SENT: 04/17/2023 RECD/NOTFD: ACKN: S |

*[Handwritten right side:]* Mary Teresa Pooler & Dava J Tunis 8TH Judge Now Assigned JAN 20 MARISSA TINKLER MENDEZ Court Room 4-05

Curriculum Vitae   EXHIBIT #3only   Page 9 of 10,
Dale Ainsley Leo Ewers D.O.B. 09-13-63 Age 59

ACADEMICS:

P.S. Public School #78 Bronx N.Y. → Whalen Junior High
School Bronx N.Y. → Evander Childs High School → City
University Of New York.

ALSO: E.M.T. Northeastern Univ. 9and Phlebotomist E.K.C. Tech - CNA @
Beverly Hospital School. Beverly MASS. { NOTE A.S. Patrick Ewers }

DEBATING CLUB, STUDENT GOVERNMENT & NEWSPAPER WRITER & ....


OCCUPATION - PROFESSION:   Past 50 Fifty Plus Years

Age 10 N.Y. TIMES & DAILY NEW Dilivery. Boy Scout Leader & Treasurer
Crawford Church → B.N.P.A.   Summer Camp Counselor Bronx N.Y.
Finast Supermarket Produce Clerk. Age 17 U.S. CENSUS DEPT.


Pioneer Supermarket PRODUCE MANAGER. MACY'S HERALD SQUARE
Security. CITI-BANK N.A. Teller → Head Teller. MANUFACTURERS
HANOVER TRUST BANK Foreign Currency Trader   ALSO
P.T. @ Bloomingdale's Credit Dept. Manhattan New York
Centrust Savings Bank Loan Processor. Co. Miami Florida.   JUSTICE  CONSTRUCTION

NOTE: Over 40 Plus Years P.T. & ½ dicom MANPOWER EMPLOYMENT & ADECCO
EMPLOYMENT AGENCY. IN N.Y. FLA. MASS. WASH. N.J. CALIF.
A.K.A. Patrick Ewers SS# 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 D.O.B. 10-5-64 BEVERLY HOSPITAL E.K.C.
TECH, PHLEBOTOMIST, C.N.A. Oncology Dept Beverly Massachusetts.
*FIRST RESPONDER* @ 9-11. W.T.C. Ground Zero 3weeks. COMPUTER SALES & MNGR
COMP.U.S.A. & STAPLES & CIRCUIT CITY. President   Club.
Icicle Seafoods & Unisea Seafoods & American Seafoods on
LAND PLANTS   & SHIPS   IN   Illino & Dutch Harbor & .... ALASKA   VARIOUS
Med-& - Crane Operator & Laborer { & MORCHANT MARINE } 15 Plus Years.   PORTS

ACTIVITIES & INTERESTS: = Family,   Camping,  Computers,

CRUCIAL EXHIBIT. (EXACTLY) DETAILS TO FOLLOW Page 10 of 10.

DIP. NOTES In Re: Dale Ewers EXTRADITION From Jamaica W. Indies

To United State of America - MIAMI FLT- ADMIT JAN-2018.

Please Find Enclosed Following Documents Pertent-Revelent To Matter At Captioned.

[1] Authority to proceed the 5TH day of Aug. 2016 bearing the signature of DELROY CHUCK Q.C. Minister of Justice

[2] Diplomatic note # 8/804/73 From the Ministry of Foreign Affairs and Foreign of Jamaica to the Embassy of THE UNITED STATES OF AMERICA.

[3] Diplomatic note # 116/16 'From the Embassy of the UNITED STATES OF AMERICA to the Ministry of Foreign Affairs and Foreign Trade of Jamaica.

[4] Jamaican Drivers License # 122225392 in the name DALE AINSLEY LEO EWG.

[5] _____ with the endorsement of DETECTIVE CONSTABLE MAURICE DOUGLA:

[6] Warrant of the arrest dated 7TH Day of Oct 2016 signed by HER HONOUR SIMONE WOLFE REECE.

[7] Statement of Detective Constable Maurice Douglas as dated Oct. 10TH, 2016

[8] Diplomatic Note # 227/15 From the embassy of the United State of AMERICA to the Ministry of Foreign Affairs and Foreign Trade of Jamaica

[9] Letters of authenticated documents sent by the UNITED STATES OF AMERICA stamp the copy of Receipts of this Letter to acknowledge.

RESPECTFULLY SUBMITTED: Dale Ainsley Leo Ewers D.O.B. 9-13-63

@ M.W.D.C. 1350 N.W 4th ST. #1701-74-625 UNIT. 2A9 MIAMI FLA. 33178.

DALE EWERS    Dale Ewers    2027

[illegible signature] #170-12625 Unit 2A3
T.G.K.C.F. 23850 N.W. 41st St, M. FLA 33178

MIAMI FL 330
27 JUL 2023 PM

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 33147
02 7H
0001329896
$ 000.87⁰
JUL 26 2023

UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF FLORIDA
ATTN: ~~CLERK OF COURTS~~ CLERK OF COURTS

400 North Miami Avenue
MIAMI FL 33128

33128-180199

LEGAL MAIL - No Third Party Authorized To
Intercept. POSTMASTER GENERAL: Note: Pro-Se Inmate -
(U.S.) Postmaster
Pro-Se Inmate Allege To General - 9 Courts: Prison Mail Violate
No- Standby-Counsel -or- Any Prosecutor
Authorized To: Intercept
Vett etc.
Tracking [illegible] ...

